FILED 12 DEC '23 16:21 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00400-HZ |
| v. | INDICTMENT |
| JACK E. WAGNER, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 859(a) |
| Defendant. | 18 U.S.C. § 924(c) |
| | Forfeiture Allegations |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Distribution of a Controlled Substance to Persons Under Age 21)**
**(21 U.S.C. § 859(a))**

On or about November 2, 2023, within the District of Oregon, defendant **JACK E. WAGNER**, a person at least 18 years of age, did knowingly and intentionally distribute a controlled substance, to wit: Psilocybin, a Schedule I controlled substance, to a person under 21 years of age, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C);

In violation of Title 21, United States Code, Section 859(a).

///

///

///

## COUNT 2
### (Possession with the Intent to Distribute Psilocybin)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about November 2, 2023, within the District of Oregon, defendant **JACK E. WAGNER** did knowingly and intentionally possess with the intent to distribute Psilocybin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 3
### (Possession with the Intent to Distribute MDMA)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about November 2, 2023, within the District of Oregon, defendant **JACK E. WAGNER** did knowingly and intentionally possess with the intent to distribute 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 4
### (Possession with the Intent to Distribute Methamphetamine and MDMA)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about November 2, 2023, within the District of Oregon, defendant **JACK E. WAGNER** did knowingly and intentionally possess with the intent to distribute a mixture and substance containing Methamphetamine, a Schedule II controlled substance, and 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

///

///

///

## COUNT 5
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)
### (18 U.S.C. § 924(c))

On or about November 2, 2023, within the District of Oregon, defendant **JACK E. WAGNER**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Distribution of a Controlled Substance to Persons Under Age 21 and Possession with the Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 859(a), as set forth in Counts 1, 2, 3, and 4, did knowingly possess a firearm, to-wit: a Sig Sauer P365 9mm pistol with serial number 66F641879;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION
### (Controlled Substance Offenses)

Upon conviction of an offense in Counts 1 through 4, defendant **JACK E. WAGNER** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

///

///

///

## SECOND FORFEITURE ALLEGATION
(Firearm Offense)

Upon conviction of the offense in Count 5, defendant **JACK E. WAGNER** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense, including without limitation: a Sig Sauer P365 9mm pistol, with serial number 66F641879, and the associated ammunition.

Dated: December 12, 2023.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney